Matthew Todd Sanford # 60214
*(full name/prisoner number)*
IMSI-Unit C
P.O. Box 51
Boise, ID, 83707
*(complete mailing address)*

**U.S. COURTS**

FEB 10 2022

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Matthew Todd Sanford
*(full name)*
              Plaintiff,

v.

State of Idaho
Department of Correction
Board of Correction

              Defendant(s).

*(if you need additional space, use a blank page
for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☑ Yes    ◯ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☑ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Matthew Todd Sanford_____. I am a citizen of the State of Idaho_____,

presently residing at Idaho Maximum Security Institution_____.

**PRISONER COMPLAINT - p. 1_**                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___ISCI/IMSI___, who was acting as ___Warden___
   *(defendant)*      *(job title, if a person; function, if an entity)*

for the ___State of Idaho___.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on _____, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Excessive Use of Force and 8th Amendment Violations while in custody at ISCI/IMSI.
Multiple Instances of Flagrant Violations against Human Decency, Lies, Deception, Humiliation
And Degradation "Gas-lighting" and collusion between staff and Higher Authority Figures

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
8th Amendment "Right to be Free from Cruel & Unusal Punishment"

4. I allege that I suffered the following injury or damages as a result:
Psychological Damage, Physical Trauma, Mental & Emotional Pain

5. I seek the following relief: Money Damages - $25,000,000 for pain & suffering
quality of life being ruined, lost wages

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or
☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
All means possible → Kiting (concern forms(s)) talking to staff, pleading, praying, using coping
skills, trying to do better defending myself from sexual assault and beatings from other inmates

**PRISONER COMPLAINT - p. 2**      *(Rev. 10/24/2011)*

## D.  PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
| N/A | | | | |

## E.  REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊘  do not ◯___ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

Untrained in the Respective Law.

## F.  DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____*(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at _____ on _____.
  *(Location)*                              *(Date)*

*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*