UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW TODD SANFORD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF IDAHO, DEPARTMENT OF CORRECTION, and BOARD OF CORRECTION,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00056-DCN<br><br>**SUCCESSIVE REVIEW ORDER BY SCREENING JUDGE** |

Plaintiff Matthew Todd Sanford was ordered to file an amended complaint if he desired to proceed. Dkt. 9. He has filed a duplicate "Motion to Amend Complaint," but no amended complaint. Dkts. 10, 11.

Therefore, **IT IS ORDERED**:

1. Plaintiff shall use the attached form to file an amended complaint, which must be filed within 21 days after entry of this Order. Pages 2 through 6 of the blank form should be copied for each separate defendant Plaintiff desires to sue. If Plaintiff is unaware of any other staff member who participated in the use of force incident complained of, he can (1) name Sergeant Rogers as a defendant, (2) obtain the names of other staff members through the disclosure and discovery process if he is permitted to proceed against Sergeant Rogers, and (3) then request permission to

file a second amended complaint. He need not name all defendants at this point, but at least one participant. He must not include the Idaho Department of Correction as a defendant, as he has been ordered previously.

2. Plaintiff's Motion to Amend/Correct (Dkts. 10, 11) are GRANTED, to the extent that Plaintiff files a proper amended complaint.

3. Plaintiff's Motions to Update Proceedings (Dkts, 12, 13) are GRANTED to the extent set forth herein.

4. Plaintiff shall not file any further "proposed orders." The Court does not use handwritten orders submitted by pro se litigants.

DATED: March 2, 2023

David C. Nye
Chief U.S. District Court Judge