UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW TODD SANFORD,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF IDAHO, DEPARTMENT OF CORRECTION, and BOARD OF CORRECTION,<br><br>        Defendants. | Case No. 1:22-cv-00056-CWD<br><br>**ORDER** |

Plaintiff Matthew Todd Sanford's pro se prisoner civil rights case was reassigned to this Court because all named parties have consented to the jurisdiction of a United States Magistrate Judge to enter final orders in this case. Dkt. 26. *See* 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Earlier in this matter, the Court referred this case to United States Magistrate Judge Debora K. Grasham for the limited purpose of holding a Spears hearing to clarify claims. The referral was made to address a potential urgency perceived from allegations that Plaintiff was at risk of serious harm in his confinement with the Idaho Department of Correction. *See* Dkt. 3, 17. On November 3, 2023, Plaintiff filed a letter informing the Court that he would be released from prison in November 2023.

**ORDER - 1**

It appears that, as of the current month, Plaintiff is not at risk of serious harm. Further, upon his release, he will be able to consult private counsel, utilize the Idaho State Bar's Lawyer Referral Service to find an attorney on a paid or contingency basis, have a friend or family member help him complete the simplified complaint forms according to the instructions provided by the Court (*see* Dkt. 9, 15, 15-1), or visit a free law library for help in pursuing his claims. Therefore, the Court finds it appropriate to modify the procedures set forth in its previous Order as follows. Should Plaintiff believe he remains in imminent danger of harm during his remaining limited confinement period, he should use the prison grievance procedures to bring his issues to the attention of prison officials immediately.

## ORDER

**IT IS ORDERED:**

1. The hearing set for December 12, 2023 (Dkt. 23) is **VACATED**.

2. Referral of this case to Judge Grasham (Dkt. 17) is **VACATED**.

3. Upon Plaintiff's release from prison, he shall file a change of address with the Clerk of Court within **14 days**.

4. Plaintiff shall file an amended complaint within **60 days** after entry of this Order, or this case will be dismissed without prejudice without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide email notice to the following for administrative purposes:

Mark Fowell (U.S. Marshal Service) at mark.fowell@usdoj.gov

Liz Gardner-Hale (central prison transportation) at ehale@idoc.idaho.gov

Brett Phillips (IMSI) at bphillip@idoc.idaho.gov (the Clerk is to note that there is no "s" on Brett Phillips' IDOC email address).

Dated: **November 17, 2023**

Candy W. Dale
United States Magistrate Judge