UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW TODD SANFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF IDAHO, DEPARTMENT OF CORRECTION, and BOARD OF CORRECTION,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00056-CWD<br><br>**ORDER OF DISMISSAL** |

On November 17, 2023, the Court entered an Order requiring Plaintiff to file an amended complaint within 60 days if he desired to proceed in this case. Dkt. 27. That deadline has passed, and Plaintiff has filed nothing further to indicate that he is going to proceed. All named parties have consented to the jurisdiction of a United States Magistrate Judge to enter final orders in this case. Dkt. 26. *See* 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Accordingly, **IT IS ORDERED** that this entire case is DISMISSED without prejudice.

DATED: March 5, 2024

_____
Honorable Candy W. Dale
United States Magistrate Judge

**ORDER OF DISMISSAL - 1**