UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW TODD SANFORD, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF IDAHO, DEPARTMENT OF CORRECTION, and BOARD OF CORRECTION, <br><br> Defendants. | Case No. 1:22-cv-00056-CWD <br><br> **JUDGMENT** |

In accordance with the Order of Dismissal entered on this date, **IT IS ORDERED, ADJUDGED, and DECREED** that this entire case is DISMISSED without prejudice. Upon entry of judgment, the Clerk of Court shall close this case.

DATED: March 5, 2024

_____
Honorable Candy W. Dale
United States Magistrate Judge